JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

RODNEY DAVIS,                        )   CASE NO. CV 11-10132-JFW (PJW)
                                     )
              Petitioner,            )
                                     )   J U D G M E N T
          v.                         )
                                     )
TERRI GONZALEZ, WARDEN,              )
                                     )
              Respondent.            )
_____)

     Pursuant to the Order filed herewith,

     IT IS HEREBY ADJUDGED that the Petition is denied and the action
is dismissed without prejudice.

     DATED:   June 15, 2012.


                              _____
                              JOHN F. WALTER
                              UNITED STATES DISTRICT JUDGE


C:\Temp\notesE1EF34\Judgment.wpd